UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

Tab Bonidy, et al.

v.

U.S. Postal Service, et al.

Case No. 13-1374

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for __U.S. Postal Service; Patrick Donahoe, Postmaster General; Michael Kervin, Acting Postmaster, Avon, CO__
Party or Parties
__Appellants_____, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have heretofore been disclosed to the court.

__Daniel Tenny_____    __Michael S. Raab_____
Name of Counsel                                                         Name of Counsel

__s/ Daniel Tenny_____    __s/ Michael S. Raab_____
Signature of Counsel                                                    Signature of Counsel

U.S. Dep't of Justice, 950 Pennsylvania Ave., NW, Wash. DC 20530, (202) 514-1838
U.S. Dep't of Justice, 950 Pennsylvania Ave., NW, Wash. DC 20530, (202) 514-4053
Mailing Address and Telephone Number                      Mailing Address and Telephone Number

E-Mail Address ___daniel.tenny@usdoj.gov___    E-Mail Address ___michael.raab@usdoj.gov___

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) __September 9, 2013_____ via (state method of service) __CM/ECF_____.

to __James Manley_____    __s/ Daniel Tenny_____
(*See* Fed. R. App. P. 25(b))                                      (Signature)

**A-5** Entry of Appearance Form 10/09