# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

September 20, 2013

Douglas E. Cressler  
Chief Deputy Clerk

Ms. Lesley Farby
Ms. Lisa A. Olson
U.S. Department of Justice
20 Massachusetts Ave., NW
Washington, DC 20530-0000

Ms. Amy Lenore Padden
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

Mr. Michael Raab
U.S. Department of Justice
Appellate Staff, Civil Division
950 Pennsylvania Avenue, NW
Room 7237
Washington, DC 20530

Mr. Daniel Tenny
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Room 7215
Washington, DC 20530

**RE:**     **13-1374, Bonidy, et al v. USPS, et al**
          Dist/Ag docket: 1:10-CV-02408-RPM

Dear Counsel:

Appellant's docketing statement received in this case is deficient.

The following required attachments (See 10th Cir. R. 3.4 and 10th Cir. Form 1 in Appendix A to Tenth Circuit Rules) were not submitted:

The final judgment or order appealed from.

You may correct the stated deficiency by one of the following methods:

1. Filing a corrected docketing statement with the clerk via ECF.
2. **Filing an errata sheet containing the omitted matter with the clerk via ECF. You do not need to refile the docketing statement if you select this option.**

The corrected docketing statement or errata sheet must include proof of service upon all other parties to the appeal.

Please correct the stated deficiency within 10 days after the date of this letter. Otherwise, the deficient docketing statement will be stricken from the court docket.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc: James Martin Manley

EAS/kf