# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## DOCKETING STATEMENT

Case Name: _____Bonidy v. U.S. Postal Service_____

Appeal No. (if available): ___13-1374_____

Court/Agency Appeal From: ___U.S. District Court for the District of Colorado_____

Court/Agency Docket No.: __10-cv-2408_____ District Judge: ___Richard P. Matsch____

Party or Parties filing Notice of Appeal/Petition: ___U.S. Postal Service;_____

___Patrick Donahoe, Postmaster General; Michael Kervin, Acting Postmaster, Avon, Colorado

I. **TIMELINESS OF APPEAL OR PETITION FOR REVIEW**

   A. **APPEAL FROM DISTRICT COURT**

      1. Date notice of appeal filed: ___September 6, 2013_____

         a. Was a motion filed for an extension of time to file the notice of appeal? If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing notice of appeal:
            No

         b. Is the United States or an officer or an agency of the United States a party to this appeal? ___Yes_____

      2. Authority fixing time limit for filing notice of appeal:

Fed. R. App. 4 (a)(1)(A) ____      Fed. R. App. 4(a)(6) ____
Fed. R. App. 4 (a)(1)(B) _x_      Fed. R. App. 4(b)(1) ____
Fed. R. App. 4 (a)(2) ____         Fed. R. App. 4(b)(3) ____
Fed. R. App. 4 (a)(3) ____         Fed. R. App. 4(b)(4) ____
Fed. R. App. 4 (a)(4) ____         Fed. R. App. 4(c) ____
Fed. R. App. 4 (a)(5) ____
Other: _____

      3. Date final judgment or order to be reviewed was filed and **entered**

on the district court docket:   __July 9, 2013_____

4. Does the judgment or order to be reviewed dispose of **all** claims by and against **all** parties? *See* Fed. R. Civ. P. 54(b).
   __Yes._____

**(If the order being appealed is not final, please answer the following questions in this section.)**

   a. If not, did district court direct entry of judgment in accordance with Fed. R. Civ. P. 54(b)? When was this done?
   _____

   b. If the judgment or order is not a final disposition, is it appealable under 28 U.S.C. § 1292(a)?   _____

   c. If none of the above applies, what is the **specific** statutory basis for determining that the judgment or order is appealable?   _____

5. Tolling Motions. *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

   a. Give the filing date of any motion under Fed. R. Civ. P. 50(b), 52(b), 59, 60, including any motion for reconsideration, and in a criminal appeal any motion for judgment of acquittal, for arrest of judgment or for new trial, filed in the district court:
   _____

   b. Has an order been entered by the district court disposing of that motion, and, if so, when? _____
   _____

6. Bankruptcy Appeals. (To be completed only in appeals from a judgment, order or decree of a district court in a bankruptcy case or from an order of the Bankruptcy Appellate Panel.)

Are there assets of the debtor subject to administration by a district or bankruptcy court?_____

Please state the approximate amount of such assets, if known.
_____
_____

B. **REVIEW OF AGENCY ORDER** (To be completed only in connection with petitions for review or applications for enforcement filed directly with the Court of Appeals.)

1. Date petition for review was filed: _____

2. Date of the order to be reviewed: _____

3. Specify the statute or other authority granting the court of appeals jurisdiction to review the order: _____
_____

4. Specify the time limit for filing the petition (cite specific statutory section or other authority): _____
_____

C. **APPEAL OF TAX COURT DECISION**

1. Date notice of appeal was filed: _____
(If notice was filed by mail, attach proof of postmark.)

2. Time limit for filing notice of appeal: _____

3. Date of entry of decision appealed: _____

4. Was a timely motion to vacate or revise a decision made under the Tax Court's Rules of Practice, and if so, when? *See* Fed. R. App. P. 13(a)  _____

II. **LIST ALL RELATED OR PRIOR RELATED APPEALS IN THIS COURT WITH APPROPRIATE CITATION(S).** If none, please so state.

    There are no prior related appeals. On September 18, 2013, plaintiffs filed a notice of appeal in this case. That appeal has been docketed as number 13-1391.

III. **GIVE A BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW.**

Plaintiffs challenge, on Second Amendment grounds, a Postal Service regulation prohibiting weapons and explosives on postal property. The district court upheld the regulation as applied to the Post Office building, but ordered the government to allow plaintiff Tab Bonidy to use the public parking lot adjacent to the Post Office building with a firearm secured in his car in a reasonably prescribed manner.

IV. **ISSUES RAISED ON APPEAL.**

Whether the district court erred in concluding that the Postal Service regulation may not lawfully be applied to possession of a firearm in a Postal Service parking lot.

V. **ADDITIONAL INFORMATION IN CRIMINAL APPEALS.**

A. Does this appeal involve review under 18. U.S.C. § 3742(a) or (b) of the sentence imposed? _____

B. If the answer to question in A is yes, does the defendant also challenge the judgment of conviction? _____

C. Describe the sentence imposed. _____
_____

D. Was the sentence imposed after a plea of guilty? _____

E. If the answer to question D is yes, did the plea agreement include a waiver of appeal and/or collateral challenges?_____

F. Is defendant on probation or at liberty pending appeal? _____

G. If the defendant is incarcerated, what is the anticipated release date if the judgment of conviction is fully executed?_____

**NOTE**: In the event expedited review is requested, the defendant shall consider whether a transcript of any portion of the trial court proceedings is necessary for the appeal. Necessary transcripts must be ordered at the time of appeal by completing and delivering the transcript order form to the clerk of the district court when a notice of appeal is filed. Defendant/appellant must refrain from ordering any unnecessary transcript as this will delay the appeal. If the court orders this appeal expedited, it will set a schedule for preparation of necessary transcripts, for designation and preparation of the record on appeal, and for filing briefs. If issues other than sentencing are raised by this appeal, the court will decide whether bifurcation is desirable.

VI. **INDICATE WHETHER ORAL ARGUMENT IS DESIRED IN THIS APPEAL.** If so, please state why.

    The district court concluded that the Postal Service regulation at issue was unconstitutional as applied to the Postal Service parking lot. The government requests oral argument to advance its arguments in defense of the constitutionality of a duly promulgated and longstanding regulation.

VII. **ATTORNEY FILING DOCKETING STATEMENT:**

Name: __Daniel Tenny__ Telephone: __(202) 514-1838__

Firm: __U.S. Department of Justice, Civil Division__

Email Address: __daniel.tenny@usdoj.gov__

Address: __950 Pennsylvania Avenue, NW, Room 7215__

__Washington, DC 20530__

**PLEASE IDENTIFY ON WHOSE BEHALF THE DOCKETING STATEMENT IS FILED:**

A. [x] Appellant

   [ ] Petitioner

   [ ] Cross-Appellant

B. **PLEASE IDENTIFY WHETHER THE FILING COUNSEL IS**

☐ Retained Attorney

☐ Court-Appointed

☒ Employed by a government entity
(please specify  U.S. Department of Justice  )

☐ Employed by the Office of the Federal Public Defender.

__s/ Daniel Tenny_____   __September 20, 2013_____
Signature                                                                                    Date

☒ Attorney at Law

**NOTE:** A copy of the court or agency docket sheet, the final judgment or order appealed from, any pertinent findings and conclusions, opinions, or orders, any motion filed under Fed. R. Civ. P. 50(b), 52(b), 59, or 60, including any motion for reconsideration, for judgment of acquittal, for arrest of judgment, or for new trial, and the dispositive order(s), any motion for extension of time to file notice of appeal and the dispositive order, and the notice of appeal or petition for review **must be submitted with the Docketing Statement**, except as otherwise provided in Section I of the instructions.

The Docketing Statement must be filed with the Clerk via the court's Electronic Case Filing System (ECF). Instructions and information regarding ECF may be found on the court's website, www.ca10.uscourts.gov.

This Docketing Statement must be accompanied by proof of service.

The following Certificate of Service may be used.

## CERTIFICATE OF SERVICE

I, \_\_\_\_Daniel Tenny_____ hereby certify that on
[appellant/petitioner or attorney therefor]

\_\_\_September 20, 2013_____ I served a copy of the foregoing **Docketing Statement,**
[date]

to:

\_\_\_James Manley_____, at \_\_\_jmanley@mountainstateslegal.com
[counsel for/or appellee/respondent]

_____

_____, the last known

address/email address, by \_\_\_\_CM/ECF_____.
[state method of service]


\_\_\_s/ Daniel Tenny_____
Signature

\_\_\_September 20, 2013_____
Date

\_\_\_Daniel Tenny_____

\_\_\_U.S. Department of Justice, Civil Division_____

\_\_\_950 Pennsylvania Avenue, NW, Room 7215_____

\_\_\_Washington, DC 20530_____
[Full name and address of attorney]