**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02408-RPM

TAB BONIDY, and
NATIONAL ASSOCIATION FOR GUN RIGHTS,

    Plaintiffs,

v.

UNITED STATES POSTAL SERVICE,
PATRICK DONAHOE, Postmaster General, and
MICHAEL KERVIN, Acting Postmaster, Avon, Colorado,

    Defendants.

___

**JUDGMENT**
___

    Pursuant to the Memorandum Opinion and Order, by Senior District Judge Richard P. Matsch entered on July 9, 2013, it is

    ORDERED that the Defendants take such action as is necessary to permit Tab Bonidy to use the public parking lot adjacent to the Avon Post Office Building with a firearm authorized by his Concealed Carry Permit secured in his car in a reasonably prescribed manner, and it is

    FURTHER ORDERED that the other claims of unconstitutionality of 39 C.F.R. § 232.1(*l*) made by Plaintiffs are denied. It is

    FURTHER ORDERED that plaintiffs Tad Bonidy and the National Association for Gun Rights shall have their costs by the filing of a Bill of Costs with the Clerk of the Court within 14 days of entry of judgment.

    Dated: July 9th, 2013

| APPROVED: | FOR THE COURT: |
|---|---|
|  | Jeffrey P. Colwell, Clerk |
| s/Richard P. Matsch | s/J. Chris Smith |
| _____ | By _____ |
| Richard P. Matsch | Deputy Clerk |
| Senior District Judge |  |