# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| TAB BONIDY, et al.,<br>Plaintiffs-Appellees<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants-Appellants | Case No. 13-1374 |

  In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Plaintiffs-Appellees Tab Bonidy and National Association For Gun Rights in the subject case.

  Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

√  On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

  There are no such parties, or any such parties have heretofore been disclosed to the court.


s/ James M. Manley  
James M. Manley  
MOUNTAIN STATES LEGAL FOUNDATION  
2596 South Lewis Way  
Lakewood, Colorado 80227  
(303) 292-2021  
jmanley@mountainstateslegal.com

s/ Steven J. Lechner  
Steven J. Lechner  
MOUNTAIN STATES LEGAL FOUNDATION  
2596 South Lewis Way  
Lakewood, Colorado 80227  
(303) 292-2021  
lechner@mountainstateslegal.com

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| TAB BONIDY, et al., <br> Plaintiffs-Appellees <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, <br> et al., <br> Defendants-Appellants | Case No. 13-1374 |

**Certificate of Interested Parties**

---

      The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

<u>Additional Parties</u>:

Debbie Bonidy (plaintiff) (dismissed Sept. 5, 2012)

                               (Attach additional pages if necessary.)

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of September 2013, the foregoing document was filed using the appellate ECF system and that all parties of record were served through that system.

                                s/ James M. Manley
                                James M. Manley