# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

United States Postal Service, et al., Appellant

v.

Tab Bonidy, and National Association for Gun Rights, Appellees

Case No. **13-1374**

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for __Brady Center to Prevent Gun Violence__

Party or Parties

__Amicus Curiae__, in the subject case(s).

Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have heretofore been disclosed to the court.

__Jonathan S. Diesenhaus__
Name of Counsel

s/ Jonathan S. Diesenhaus
Signature of Counsel

Hogan Lovells US LLP
555 13th Street N.W.
Washington, DC 2004 (202-637-5600)
Mailing Address and Telephone Number

E-Mail Address __jonathan.diesenhaus@hoganlovells.com__

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

E-Mail Address _____

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on (please insert date) __November 26 2013__ via (state method of service) __the Court's CM/ECF system__.

to __Jim Manley jmanley@mountainstateslegal.com, Steven Lechner dlechner@mountainstatelegal.com, Lesley Farby lesley.farby@usdoj.gov, Amy Padden amy.padden@usdoj.gov, Daniel Tenny daniel.tenny@usdoj.gov__

__s/ Jonathan S. Diesenhaus__
(Signature)

(*See* Fed. R. App. P. 25(b))

**A-5**  Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

United States Postal Service, et al., Appellant

v.

Tab Bonidy, and National Association for Gun Rights, Appellees

Case No. 13-1374

## Certificate of Interested Parties

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

There are no additional parties, entities, or attorneys.