

**UNITED STATES COURT OF APPEALS
TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

## Oral Argument Calendar Notice / Acknowledgment Form

| | |
|---|---|
| Name | James M. Manley |
| Address | 2596 S. Lewis Way |
| City, State, Zip | Lakewood, CO 80227 |

Re: Case No(s):  13-1374; 13-1391

Caption: TAB BONIDY, et al. v. UNITED STATES POSTAL SERVICE, et al.

Argument Date: Wednesday, October 1, 2014

Time:  9:00 a.m.  (Arguing attorneys must report 45 minutes prior thereto)

Courtroom/Place: University of Colorado, Boulder, Colorado

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email: 10th_Circuit_CalTeam@ca10.uscourts.gov    Phone: (303) 335-2708

I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

James M. Manley                                  will present oral argument on behalf of

Tab Bonidy; National Association for Gun Rights          (name of party), the  Appellee

Signed (Recipient): *[signature]*

Typed or Printed Name: James M. Manley

Address: 2596 S. Lewis Way

Lakewood, CO 80227

Email Address Required  jmanley@mountainstateslegal.com

Telephone: 303-292-2021

Attorney for: Tab Bonidy; National Association for Gun Rights
(Name of Party Represented)

Date: Jul 28, 2014

**Note:** If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/ civil rights or immigration matter, you must complete the custody status questionnaire found at http://www.ca10.uscourts.gov. Thank you.

Revised 4/2009