**Nos. 13-1374, 13-1391**

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

TAB BONIDY, *et al.*,
Plaintiffs-Appellees,

v.

UNITED STATES POSTAL SERVICE, *et al.*,
Defendants-Appellants.

On Appeal from the United States District Court for the District of Colorado
No. 10-cv-02408-RPM, The Honorable Richard P. Matsch

**MOTION TO WITHDRAW**

James M. Manley
Steven J. Lechner
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

Attorneys for Plaintiffs-Appellees

Pursuant to 10th Cir. R. 46.4(c), James M. Manley, respectfully moves to withdraw as counsel for Plaintiffs-Appellees in the above captioned matter. On August 29, 2014, Mr. Manley will be leaving Mountain States Legal Foundation for other employment. Steven J. Lechner will continue to represent Plaintiffs-Appellees in this case.

DATED this 28th day of August 2014.

Respectfully submitted,

/s/ James M. Manley
James M. Manley
Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

Attorneys for Plaintiffs-Appellees

# CERTIFICATE OF ELECTRONIC FILING

Pursuant to Fed. R. App. P. Rule 25, 10th Cir. R. 25, and the 10th Cir. CM/ECF User Manual, I hereby certify that:

(1)     all required privacy redactions have been made;

(2)     the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, BitDefender Antivirus Pro 2011, updated Aug. 28, 2014, and, according to that program it is free of viruses.

    /s/ James M. Manley
    James M. Manley

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2014, the foregoing document was filed using the appellate ECF system and that all parties of record were served through that system.

/s/ James M. Manley
James M. Manley