FILED
United States Court of Appeals
Tenth Circuit

September 9, 2014

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

───────────────────────────────

TAB BONIDY, et al.,

    Plaintiffs - Appellees/
    Cross-Appellants,

v.

UNITED STATES POSTAL SERVICE, et al.,

    Defendants - Appellants/
    Cross-Appellees.

---------------

BRADY CENTER TO PREVENT GUN VIOLENCE,

    Amicus Curiae.

Nos. 13-1374 & 13-1391

───────────────────────────────

**ORDER**

───────────────────────────────

These matters are before the court on attorney James M. Manley's motion to withdraw as counsel. The motion is granted and Mr. Manley is permitted to withdraw. Attorney Steven J. Lechner shall continue to represent Tab Bonidy and the National Association of Gun Rights in these appeals.

                                          Entered for the Court

                                          ELISABETH A. SHUMAKER, Clerk