UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| TAB BONIDY, *et al.*,<br><br>  Plaintiffs-Appellees,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>  Defendants-Appellants. | Case Nos. 13-1374 and 13-1391 |

## MOTION TO RELEASE ORAL ARGUMENT RECORDING

Undersigned counsel moves to obtain the oral argument audio in this case pursuant to 10th Cir. R. 34.1(E)(1). As grounds for the motion, undersigned counsel states as follows:

1. Undersigned counsel currently represents several appellants in *Colorado Outfitters Ass'n v. Hickenlooper*, Nos. 14-1290 & 14-1292, an appeal involving, *inter alia*, Second Amendment challenges to state gun legislation enacted in Colorado in 2013.

2. The issues on appeal in *Bonidy v. United States Postal Serv.*, Nos. 13-1374 and 13-1391, also involve the application of the Second Amendment. As

undersigned counsel begins the process of preparing the briefs in *Colorado Outfitters*, they seek access to the oral argument recording in *Bonidy*, which may provide insight into this Court's concerns about particular aspects of Second Amendment jurisprudence, which counsel should be prepared to address.

3. Undersigned counsel has conferred with counsel of record in this case concerning the relief sought in this motion. Neither party opposes this motion.

Respectfully submitted this 10th day of October, 2014.

HALE WESTFALL, LLP


s/Peter J. Krumholz
Peter J. Krumholz
1445 Market Street, Suite 300
Denver, Colorado 80202
Tel: 720-904-6010
Fax: 720-904-6020
pkrumholz@halewestfall.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION TO OBTAIN ORAL ARGUMENT RECORDING** was served via electronic mail on the following:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

In addition, service will be effectuated via CM/ECF upon counsel of record in *Bonidy v. U.S. Postal Service*.

                                                 s/Bethany Lillis
                                                 Bethany Lillis