FILED
United States Court of Appeals
Tenth Circuit

October 20, 2014

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

───────────────────────────────

TAB BONIDY, et al.,

   Plaintiffs-Appellees/Cross-Appellants,

v.

UNITED STATES POSTAL SERVICE, et al.,

   Defendants-Appellants/
   Cross-Appellees.

--------------

BRADY CENTER TO PREVENT GUN VIOLENCE,

   Amicus Curiae.

No. 13-1374

───────────────────────────────

## ORDER

───────────────────────────────

Before **EBEL** and **PHILLIPS**, Circuit Judges.[1]

───────────────────────────────

This matter is before the court on Hale Westfall, LLP's motion to release the recording of the oral argument held in this appeal on October 1, 2014. The motion is granted. The Clerk is directed to forward, via email to the requesting attorney, the MP3

---

[1] The Honorable Timothy M. Tymkovich did not participate in the consideration of this motion.

recording of the oral argument.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
   Chief Deputy Clerk