UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                    June 26, 2015                    Chris Wolpert
Clerk of Court                                                      Chief Deputy Clerk


Ms. Lesley Farby
Ms. Lisa A. Olson
U.S. Department of Justice
Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530-0000

Mr. Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227

Ms. Amy Lenore Padden
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

Mr. Michael Raab
Mr. Daniel Tenny
U.S. Department of Justice
Appellate Staff, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

   RE:    13-1374, 13-1391, Bonidy, et al v. USPS, et al
          Dist/Ag docket: 1:10-CV-02408-RPM


Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40, any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in

which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. If requesting rehearing en banc, the requesting party must file 12 paper copies with the clerk, in addition to satisfying all Electronic Case Filing requirements. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

          Sincerely,

          Elisabeth A. Shumaker
          Clerk of the Court

cc:      Jonathan Lee Diesenhaus

EAS/lg