FILED
United States Court of Appeals
Tenth Circuit

June 26, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

TAB BONIDY; NATIONAL ASSOCIATION FOR GUN RIGHTS,

    Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES POSTAL SERVICE; PATRICK DONAHOE, Postmaster General; MICHAEL KERVIN, Acting Postmaster, Avon, Colorado,

    Defendants - Appellants/Cross-Appellees.

---------------

BRADY CENTER TO PREVENT GUN VIOLENCE,

    Amicus Curiae.

No. 13-1374
(D.C. No. 1:10-CV-02408-RPM)
(Dse. Colo.)

---

## JUDGMENT

---

Before **TYMKOVICH**, **EBEL**, and **PHILLIPS**, Circuit Judges.

---

These cases originated in the District of Colorado and were argued by counsel.

The judgment of that court is affirmed in part and reversed in part. These cases are remanded to the United States District Court for the District of Colorado for further

proceedings in accordance with the opinion of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk