IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

TAB BONIDY, *et al.*,
Plaintiffs-Appellees/Cross-Appellants,

v.

UNITED STATES POSTAL SERVICE, *et al.*,
Defendants-Appellants/Cross-Appellees.

On Appeal from the United States District Court for the District of Colorado
No. 10-cv-02408-RPM, The Honorable Richard P. Matsch

**PLAINTIFFS-APPELLEES/CROSS-APPELLANTS' UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO FILE A PETITION FOR
PANEL REHEARING AND/OR REHEARING EN BANC**

Plaintiffs-Appellees/Cross-Appellants, Tab Bonidy and National Association

for Gun Rights, respectfully request a 14-day extension of time, to and including

August 24, 2015, in which to file, if warranted, a petition for panel rehearing

and/or rehearing en banc. The grounds for this Motion are as follows:

1.     On June 26, 2015 the panel issued an opinion and judgment affirming

in part and reversing in part the judgment of the district court. The panel's opinion

addressed important Second Amendment issues that affect not only Plaintiffs-

Appellees/Cross-Appellants, but could affect other law-abiding, responsible citizens in this circuit and nationwide.

2.    Under FRAP 35(c) and FRAP 40(a)(1)(B) and (C), a petition for panel rehearing and/or rehearing en banc is due on August 10, 2015.

3.    The undersigned is counsel for Plaintiffs-Appellees/Cross-Appellants and is responsible for preparing and filing a petition for panel rehearing and/or rehearing en banc, if warranted.

4.    Although the undersigned has been diligent in analyzing the panel's opinion, as demonstrated by the undersigned's Declaration, which is filed concurrently herewith, the undersigned's existing responsibilities prevent the undersigned from completing his review of the panel's opinion and, if warranted, preparing and filing a petition for panel rehearing and/or rehearing en banc by the current deadline of August 10, 2015.

5.    The undersigned consulted with counsel for Defendants-Appellants/Cross-Appellees, who stated that his clients have no opposition to the granting of this Motion.

WHEREFORE, Plaintiffs-Appellees/Cross-Appellants respectfully request a 14-day extension of time, to and including August 24, 2015, in which to file a petition for panel rehearing and/or rehearing en banc, if warranted.

DATED this 20th day of July 2015.

Respectfully submitted,

/s/ Steven J. Lechner
Steven J. Lechner
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
lechner@mountainstateslegal.com

Attorney for Plaintiffs-Appellees/Cross-Appellants

## CERTIFICATE OF VIRUS SCANNING AND PRIVACY REDACTIONS

In accordance with this Court's CM/ECF User's Manual and Local Rules, I hereby certify that the foregoing has been scanned for viruses with Trend Micro Antivirus+, updated July 20, 2015, and is free of viruses according to that program. In addition, I certify that all required privacy redactions have been made and the electronic version of this document is an exact copy of the written document to be filed with the Clerk.

DATED this 20th day of July 2015.

/s/ Steven J. Lechner
Steven J. Lechner

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on this 20th day of July 2015.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED this 20th day of July 2015.

/s/ Steven J. Lechner
Steven J. Lechner