FILED
United States Court of Appeals
Tenth Circuit

July 20, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

―――――――――――――――――――――――

TAB BONIDY, et al.,

    Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES POSTAL SERVICE, et al.,

    Defendants - Appellants/Cross-Appellees.

―――――――――――――――――――

BRADY CENTER TO PREVENT GUN VIOLENCE,

    Amicus Curiae.

Nos. 13-1374 & 13-1391

―――――――――――――――――――――――

## ORDER

―――――――――――――――――――――――

This matter is before the court on the "Plaintiffs-Appellees/Cross Appellants' Unopposed Motion for an Extension of Time to File a Petition for Panel Rehearing and/or Rehearing En Banc." The motion is granted. The petition for rehearing or rehearing en

banc shall be filed on or before August 24, 2015.

                                                                                   Entered for the Court

                                                                                  ELISABETH A. SHUMAKER, Clerk