FILED
United States Court of Appeals
Tenth Circuit

September 9, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| TAB BONIDY, et al., <br><br> Plaintiffs - Appellees/Cross-Appellants, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendants - Appellants/Cross-Appellees. <br><br> -------------- <br><br> BRADY CENTER TO PREVENT GUN VIOLENCE, <br><br> Amicus Curiae. | Nos. 13-1374 & 13-1391 |

_____

**ORDER**
_____

Before **TYMKOVICH**, **EBEL**, and **PHILLIPS**, Circuit Judges.
_____

Appellees/Cross Appellants' petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Judge Tymkovich voted to grant panel rehearing.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk