FILED
United States Court of Appeals
Tenth Circuit

September 16, 2015

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

───────────────────────────────

TAB BONIDY, et al.,

   Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES POSTAL SERVICE, et al.,

   Defendants - Appellants/
   Cross- Appellees.

---------------

BRADY CENTER TO PREVENT GUN VIOLENCE,

   Amicus Curiae.

Nos. 13-1374 & 13-1391

───────────────────────────────

**ORDER**

───────────────────────────────

Before **TYMKOVICH**, **EBEL**, and **PHILLIPS**, Circuit Judges.

───────────────────────────────

This matter is before the court on Appellees/Cross-Appellants' Motion to Stay the Mandate Pending the Filing and Disposition of a Petition for a Writ of Certiorari. Upon consideration the motion is denied.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk