**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  Chris Wolpert
Clerk of Court          Chief Deputy Clerk

September 17, 2015

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 13-1374, 13-1391, Bonidy, et al v. USPS, et al
Dist/Ag docket: 1:10-CV-02408-RPM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Jonathan Lee Diesenhaus
    Lesley Farby
    Steven J. Lechner
    Lisa A. Olson
    Amy Lenore Padden
    Michael Raab
    Daniel Tenny

EAS/sds