# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 10, 2015

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re: Tab Bonidy, et al.
        v. United States Postal Servive, et al.
        No. 15-746
        (Your No. 13-1374, 13-1391)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 8, 2015 and placed on the docket December 10, 2015 as No. 15-746.

Sincerely,

**Scott S. Harris**, Clerk

by

Erik  Fossum
Case Analyst